Indictment Nbr 50   DA Unit UD   GJ Room 728

# In the Circuit Court of the State of Oregon
## For Multnomah County

STATE OF OREGON

Court Nbr  19-CR-32657   DA  2402774-1
Crime Report  PP 19-163174

**MCJRP ELIGIBLE**
**BALLOT MEASURE 11**

Plaintiff,

v.

**Indictment for Violation of**

JEREMIAH KYLE BLABER
DOB: 10/06/1987

ORS 163.175 (1,3)
ORS 166.220 (2,4)
ORS 164.272 (5)
ORS 164.135 (6)
ORS 164.055 (7)
ORS 164.354 (8)
ORS 166.025 (9)

FILED
MAY 28 2019
Circuit Courts
Multnomah County, Oregon

Verified Correct Copy of Original 5/28/2019

Defendant(s).

The above-named defendant(s) are accused by the Grand Jury of Multnomah County, State of Oregon, by this indictment of crime(s) of COUNT 1 - ASSAULT IN THE SECOND DEGREE, COUNT 2,4 - UNLAWFUL USE OF A WEAPON, COUNT 3 - ATTEMPTED ASSAULT IN THE SECOND DEGREE, COUNT 5 - UNLAWFUL ENTRY INTO A MOTOR VEHICLE, COUNT 6 - ATTEMPTED UNAUTHORIZED USE OF A VEHICLE, COUNT 7 - ATTEMPTED THEFT IN THE FIRST DEGREE, COUNT 8 - CRIMINAL MISCHIEF IN THE SECOND DEGREE, COUNT 9 - DISORDERLY CONDUCT IN THE SECOND DEGREE, committed as follows:

## COUNT 1
### ASSAULT IN THE SECOND DEGREE

The said Defendant(s), **JEREMIAH KYLE BLABER**, on or about May 18, 2019, in the County of Multnomah, State of Oregon, did unlawfully and intentionally and knowingly cause physical injury to **ANDREW GEORGE**, by means of a dangerous weapon, to-wit: hand truck, contrary to the statutes in such cases made and provided and against the peace and dignity of the State of Oregon.

This count is connected together by two or more acts or transactions with the other counts of this charging instrument.

## COUNT 2
### UNLAWFUL USE OF A WEAPON

The said Defendant(s), **JEREMIAH KYLE BLABER**, on or about May 18, 2019, in the County of Multnomah, State of Oregon, did unlawfully and intentionally attempt to use, carry with intent to use and possess with intent to use unlawfully against **ANDREW GEORGE**, a hand truck, a dangerous weapon, contrary to the statutes in such cases made and provided and against the peace and dignity of the State of Oregon,

This count is connected together by two or more acts or transactions with the other counts of this charging instrument.

## COUNT 3
### ATTEMPTED ASSAULT IN THE SECOND DEGREE

The said Defendant(s), **JEREMIAH KYLE BLABER**, on or about May 18, 2019, in the County of Multnomah, State of Oregon, did unlawfully and intentionally attempt to cause physical injury to **ANDREW GEORGE**, by means of a dangerous weapon, to-wit: wood stick, contrary to the statutes in such cases made and provided and against the peace and dignity of the State of Oregon,

This count is connected together by two or more acts or transactions with the other counts of this charging instrument.

## COUNT 4
### UNLAWFUL USE OF A WEAPON

The said Defendant(s), **JEREMIAH KYLE BLABER**, on or about May 18, 2019, in the County of Multnomah, State of Oregon, did unlawfully and intentionally attempt to use, carry with intent to use and possess with intent to use unlawfully against **ANDREW GEORGE**, a wood stick, a dangerous weapon, contrary to the statutes in such cases made and provided and against the peace and dignity of the State of Oregon,

This count is connected together by two or more acts or transactions with the other counts of this charging instrument.

## COUNT 5
### UNLAWFUL ENTRY INTO A MOTOR VEHICLE

The said Defendant(s), **JEREMIAH KYLE BLABER**, on or about May 18, 2019, in the County of Multnomah, State of Oregon, did unlawfully and with intent to commit the crime of Theft, enter a motor vehicle, contrary to the statutes in such cases made and provided and against the peace and dignity of the State of Oregon,

This count is connected together by two or more acts or transactions with the other counts of tl

19CR32657
IN
Indictment
11123917

## COUNT 6
### ATTEMPTED UNAUTHORIZED USE OF A VEHICLE

**INDICTMENT**   Dist: Original: Court – Copies: Defendant, Def. Attorney, DA, Data Entry

Page 2          Defendant:          Jeremiah Kyle Blaber , Court Nbr 19-CR-32657

The Said Defendant(s), **JEREMIAH KYLE BLABER**, on or about May 18, 2019, in the County of Multnomah, State of Oregon, did unlawfully and intentionally attempt to, take, operate and exercise control over a vehicle, without the consent of the owner, contrary to the statutes in such cases made and provided and against the peace and dignity of the State of Oregon,

This count is connected together by two or more acts or transactions with the other counts of this charging instrument.

### COUNT 7
### ATTEMPTED THEFT IN THE FIRST DEGREE

The said Defendant(s) **JEREMIAH KYLE BLABER**, on or about May 18, 2019, in the County of Multnomah, State of Oregon, did unlawfully and intentionally attempt to commit theft of property, of the total value of $1,000 or more, the property of another, contrary to the statutes in such cases made and provided and against the peace and dignity of the State of Oregon,

This count is connected together by two or more acts or transactions with the other counts of this charging instrument.

### COUNT 8
### CRIMINAL MISCHIEF IN THE SECOND DEGREE

The said Defendant(s), **JEREMIAH KYLE BLABER**, on or about May 18, 2019, in the County of Multnomah, State of Oregon, did unlawfully and intentionally damage real property, the property of another person, the said defendant having no right to do so nor reasonable ground to believe that the defendant had such right, contrary to the statutes in such cases made and provided and against the peace and dignity of the State of Oregon,

This count is connected together by two or more acts or transactions with the other counts of this charging instrument.

### COUNT 9
### DISORDERLY CONDUCT IN THE SECOND DEGREE

The said Defendant(s), **JEREMIAH KYLE BLABER**, on or about May 18, 2019, in the County of Multnomah, State of Oregon, did unlawfully and recklessly create a risk of public inconvenience, annoyance and alarm, by engaging in fighting and violent, tumultuous and threatening behavior, contrary to the statutes in such cases made and provided and against the peace and dignity of the State of Oregon,

This count is connected together by two or more acts or transactions with the other counts of this charging instrument.

Dated at Portland, Oregon, in the county aforesaid, on MAY 28, 2019.

Witnesses                                                                                                              A TRUE BILL
Examined Before the Grand Jury
in person (unless noted)            Grand Jury Proceedings on:       /S/ John Salomone
Joe Gibson                          May 23, 2019                    Foreperson of the Grand Jury
Andrew George                       May 24, 2019
John Ruane
David Arnaut Jr                                                      ROD UNDERHILL (883246)
Sydne A Wheeler                                                      District Attorney
                                                                     Multnomah County, Oregon

                                                                     By _____ Deputy

Security Amount      (Def - BLABER) $250,000 + $5,000 + $5,000 + $5,000 + $2,500 + $2,500 + $2,500 + $2,500 + $1,500

AFFIRMATIVE DECLARATION
The District Attorney hereby affirmatively declares for the record, as required by ORS 161.566, upon the date scheduled for the first appearance of the defendant, and before the court asks under ORS 135.020 how the defendant pleads to the charge(s), the State's intention that any misdemeanor charged herein proceed as a misdemeanor. MELISSA A. MARRERO OSB 123846 //ned

Pursuant to 2005 Or Laws ch. 463 sections 1 to 7, 20(1) and 21 to 23, the State hereby provides written notice of the State's intention to rely at sentencing on enhancement facts for any statutory ground for the imposition of consecutive sentences codified under ORS 137.123 on these counts or to any other sentence which has been previously imposed or is simultaneously imposed upon this defendant.

**INDICTMENT**     Dist: Original: Court – Copies: Defendant, Def. Attorney, DA, Data Entry

Skip to Main Content Logout My Account Search Menu Search Criminal, Traffic and Parking Case Records Refine Search  Back        Location : All Locations   Images Help

# REGISTER OF ACTIONS
## CASE NO. 19CR32657

| | | | |
|---|---|---|---|
| **State of Oregon vs Jeremiah Kyle Blaber** | § § § § § § § § | Case Type: | **Offense Felony** |
| | | Date Filed: | **05/20/2019** |
| | | Location: | **Multnomah** |
| | | Booking Number: | **1468990** |
| | | District Attorney Number: | **2402774-1D** |

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Attorneys** |
| **Defendant** | **Blaber, Jeremiah Kyle** | Male White<br>DOB: 1987<br>5' 9", 240 lbs | **EDWARD T LECLAIRE**<br>*Court Appointed*<br>503 225-9100(W) |
| | SID: OR23355384<br>Other Agency Numbers<br>  817178 Multnomah County Sheriff | | ~~DYLAN S R POTTER~~<br>~~*Court Appointed*~~<br>~~541 550-3619(W)~~ |
| | | | ~~JOSH P MCCARTHY~~<br>~~*Retained*~~<br>~~208 310-6729(W)~~ |
| **Plaintiff** | **State of Oregon** | | **Melissa A Marrero**<br>503 988-3162(W) |
| | | | Brendan J Stabeno<br>971 673-3895(W) |
| | | | MUL DA EXHIBITS |

### CHARGE INFORMATION

**Charges: Blaber, Jeremiah Kyle**                    **Statute**           **Level**                 **Date**
1.   Assault in the Second Degree                    163.175              Felony Class B            05/18/2019
2.   Unlawful Use of a Weapon                        166.220              Felony Class C            05/18/2019
3.   Attempt to Commit a Class B Felony              161.405(2)(c)        Felony Class C            05/18/2019
4.   Unlawful Use of a Weapon                        166.220              Felony Class C            05/18/2019
5.   Unlawful Entry into a Motor Vehicle             164.272              Misdemeanor Class A       05/18/2019
6.   Attempt to Commit a Class C/Unclassified Felony 161.405(2)(d)        Misdemeanor Class A       05/18/2019
7.   Attempt to Commit a Class C/Unclassified Felony 161.405(2)(d)        Misdemeanor Class A       05/18/2019
8.   Criminal Mischief in the Second Degree          164.354              Misdemeanor Class A       05/18/2019
9.   Disorderly Conduct in the Second Degree         166.025              Misdemeanor Class B       05/18/2019
999. Criminal Trespass in the Second Degree          164.245              Misdemeanor Class C       05/18/2019

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**
05/20/2019 **Disposition**
           999. Criminal Trespass in the Second Degree
                   No Complaint
           Created: 05/20/2019 1:27 PM

05/29/2019 **Plea** (Judicial Officer: Moawad, Heidi H.)
           3. Attempt to Commit a Class B Felony
                   Not Guilty
           2. Unlawful Use of a Weapon
                   Not Guilty
           5. Unlawful Entry into a Motor Vehicle
                   Not Guilty
           9. Disorderly Conduct in the Second Degree
                   Not Guilty
           8. Criminal Mischief in the Second Degree
                   Not Guilty
           1. Assault in the Second Degree
                   Not Guilty
           4. Unlawful Use of a Weapon

        Not Guilty
    6. Attempt to Commit a Class C/Unclassified Felony
        Not Guilty
    7. Attempt to Commit a Class C/Unclassified Felony
        Not Guilty
    Created: 05/29/2019 9:34 AM

**OTHER EVENTS AND HEARINGS**

05/20/2019 **Arraignment** (2:30 PM) (Judicial Officer Zusman, Michael C)
    Result: Held
    Created: 05/20/2019 5:39 AM
05/20/2019 **Motion - Recognizance Release**
    Created: 05/20/2019 7:50 AM
05/20/2019 **Arraignment** (Judicial Officer: Zusman, Michael C )
    Created: 05/20/2019 2:42 PM
05/20/2019 **Order - Appear** (Judicial Officer: Zusman, Michael C )
    Signed:  05/20/2019
    Created: 05/21/2019 7:17 AM
05/20/2019 **Affidavit - Probable Cause**
    *STAMPED ON AFFIDAVIT*
    Created: 05/21/2019 7:27 AM
05/20/2019 **Information**
    Created: 05/21/2019 8:49 AM
05/20/2019 **Order - Appointing Counsel** (Judicial Officer: Zusman, Michael C )
    *Attorney:*
    Signed:  05/20/2019
    Created: 05/21/2019 4:18 PM
05/23/2019 **Report**
    *CSS RECOMMENDATION*
    Created: 05/23/2019 4:42 PM
05/28/2019 **Indictment**
    Created: 05/28/2019 2:19 PM
05/29/2019 CANCELED  **Arraignment - Indictment** (9:30 AM) (Judicial Officer Moawad, Heidi H.)
    *Indicted*
    Created: 05/20/2019 2:43 PM
05/29/2019 **Arraignment** (9:30 AM) (Judicial Officer Moawad, Heidi H.)
    Result: Held
    Created: 05/28/2019 2:59 PM
05/29/2019 **Warrant - Return of Service**
    Created: 05/29/2019 7:35 AM
05/29/2019 **Arraignment** (Judicial Officer: Moawad, Heidi H. )
    Created: 05/29/2019 9:35 AM
05/29/2019 **Order - Appear** (Judicial Officer: Moawad, Heidi H. )
    Signed:  05/29/2019
    Created: 05/29/2019 3:00 PM
06/25/2019 **Hearing - Fitness to Proceed** (1:00 PM) (Judicial Officer Hodson, Jerry B)
    *AA ***Transport Requested****
    Result: Held
    Created: 06/18/2019 1:40 PM
06/26/2019 **Order - Postponement** (Judicial Officer: Hodson, Jerry B )
    *S/O to 7/2/19 at 1pm*
    Signed:  06/25/2019
    Created: 06/27/2019 9:40 AM
06/26/2019 **Order - Appear** (Judicial Officer: Waller, Nan G )
    *6/28/19 at 4pm*
    Signed:  06/25/2019
    Created: 06/27/2019 9:48 AM
06/28/2019 **Hearing - Motion** (4:00 PM) (Judicial Officer Waller, Nan G)
    Result: Held
    Created: 06/25/2019 3:33 PM
06/28/2019 **Memorandum - Support Motion**
    Created: 06/28/2019 3:15 PM
06/28/2019 **Declaration**
    Created: 06/28/2019 3:16 PM
06/28/2019 **Response**
    Created: 07/01/2019 7:58 AM
07/01/2019 **Order - Court Protective** (Judicial Officer: Waller, Nan G )
    Signed:  07/01/2019
    Created: 07/01/2019 11:42 AM
07/01/2019 **Report**
    *Fitness to Proceed Evaluation*
    Created: 07/01/2019 11:42 AM
07/02/2019 **Hearing - Fitness to Proceed** (1:00 PM) (Judicial Officer Johnston, Benjamin)
    *AA ***Transport Requested****
    Result: Held
    Created: 06/25/2019 1:41 PM
07/02/2019 **Order - Finding Unfit to Proceed - State Hospital** (Judicial Officer: Johnston, Benjamin )
    *JC2 FP/AA Cont from 07/02/19 Due 06/21/2022*
    Signed:  07/02/2019
    Created: 07/02/2019 3:33 PM
07/03/2019 **Order** (Judicial Officer: Johnston, Benjamin )
    *Def has been found unable to assist;Def is to be transported to OSH*
    Signed:  07/02/2019

|            | |
|---|---|
| | Created: 07/05/2019 8:42 AM |
| 07/09/2019 | **Call - Regular**  (9:00 AM) (Judicial Officer Bushong, Stephen K.) |
| | *SWIS Booking Date: 5/18/2019 Custody: MCDC* |
| | Result: Held |
| | Created: 05/29/2019 9:35 AM |
| 07/11/2019 | *CANCELED*   **Hearing - Settlement Conference**  (2:00 PM) (Judicial Officer Oden-Orr, Melvin) |
| | *Other* |
| | Created: 05/29/2019 7:05 AM |
| 08/08/2019 | **Hearing - Case Management**  (1:30 PM) (Judicial Officer Lavin, Andrew M) |
| | Created: 05/29/2019 7:09 AM |
| 09/19/2019 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.) |
| | *For Status/Mental SWIS Booking Date: 5/18/2019 Custody: OSH* |
| | Result: Held |
| | Created: 07/09/2019 9:09 AM |
| 09/19/2019 | **Report - Psychological Evaluation** |
| | Created: 09/20/2019 11:00 AM |
| 09/27/2019 | **Order** (Judicial Officer: Waller, Nan G ) |
| | *Current call date for 10/10/19 at 9:15am is cancelled. Further proceedings set in court room 208 on 04/16/20 on the 9:15am short matters docket for mental status update.* |
| | Signed:  09/26/2019 |
| | Created: 09/27/2019 4:43 PM |
| 12/23/2019 | **Report - Psychological Evaluation** |
| | Created: 12/23/2019 7:45 AM |
| 04/16/2020 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.) |
| | *For Status/Mental SWIS Booking Date: 05/18/19 Custody: OSH* |
| | 10/10/2019 Reset by Court to 04/16/2020 |
| | Result: Held |
| | Created: 09/19/2019 9:05 AM |
| 05/14/2020 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.) |
| | *For Status/Mental SWIS Booking Date: 05/18/19 Custody: OSH* |
| | Result: Held |
| | Created: 04/16/2020 9:16 AM |
| 06/04/2020 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.) |
| | *For Status/Mental SWIS Booking Date: 05/18/19 Custody: OSH* |
| | Result: Held |
| | Created: 05/14/2020 9:12 AM |
| 06/25/2020 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.) |
| | *For Status/Mental SWIS Booking Date: 05/18/19 Custody: OSH* |
| | Result: Held |
| | Created: 06/04/2020 9:10 AM |
| 07/02/2020 | **Report - Psychological Evaluation - State Hospital** |
| | Created: 07/02/2020 12:03 PM |
| 07/07/2020 | **Hearing - Fitness to Proceed**  (1:00 PM) (Judicial Officer Waller, Nan G) |
| | *** TRANSPORT REQUESTED *** |
| | Result: Held |
| | Created: 07/02/2020 1:13 PM |
| 07/07/2020 | **Order - Postponement** (Judicial Officer: Waller, Nan G ) |
| | Created: 07/08/2020 12:10 PM |
| 07/29/2020 | **Report - Psychological Evaluation - Non-OSH Evaluator** |
| | Created: 07/29/2020 10:52 AM |
| 07/30/2020 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.) |
| | *For Status/Mental SWIS Booking Date: 05/18/19 Custody: OSH Hearing-Fitness to Proceed 08/18/20 at 8.30 AM w/NGW* |
| | Result: Held |
| | Created: 06/25/2020 9:28 AM |
| 08/04/2020 | *CANCELED*   **Hearing - Fitness to Proceed**  (1:00 PM) (Judicial Officer Waller, Nan G) |
| | *Stipulated by Parties* |
| | *** Do not Transport ** Updates on Sell Hearing date.* |
| | 07/14/2020 Reset by Court to 07/21/2020 |
| | 07/21/2020 Reset by Court to 07/28/2020 |
| | 07/28/2020 Reset by Court to 08/04/2020 |
| | Created: 07/07/2020 2:15 PM |
| 08/18/2020 | **Hearing - Fitness to Proceed**  (8:30 AM) (Judicial Officer Waller, Nan G) |
| | *** Do not Transport ** Sell Hearing* |
| | Result: Held |
| | Created: 07/28/2020 8:54 AM |
| 08/20/2020 | **Order - Appear** (Judicial Officer: Waller, Nan G ) |
| | Signed:  08/18/2020 |
| | Created: 08/20/2020 9:05 AM |
| 08/25/2020 | **Exhibit - List** |
| | *Election* |
| | Created: 08/25/2020 8:45 AM |
| 08/26/2020 | **Call**  (9:15 AM) (Judicial Officer Souede, Benjamin) |
| | *For Status/Mental SWIS Booking Date: 05/18/19 Custody: OSH Contested Sell hearing: 10/21/20 at 8 AM w/ NGW Contested Sell hearing: 10/22/20 at 8AM w/ NGW* |
| | Result: Held |
| | Created: 07/30/2020 11:21 AM |
| 10/21/2020 | *CANCELED*   **Hearing**  (8:00 AM) (Judicial Officer Waller, Nan G) |
| | *Stipulated by Parties* |
| | *continuation of Sell & 426.701; 8-5pm* |
| | 10/20/2020 Reset by Court to 10/21/2020 |
| | Created: 08/18/2020 1:32 PM |
| 10/22/2020 | *CANCELED*   **Hearing**  (8:00 AM) (Judicial Officer Waller, Nan G) |

|  |  |
|---|---|
| | *Stipulated by Parties*<br>*Contested Sell and 426.701*<br>   *10/19/2020  Reset by Court to 10/22/2020*<br>Created: 08/18/2020 1:30 PM |
| 10/29/2020 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.)<br>*For Status/Mental SWIS Booking Date: 05/18/19 Custody: OSH Contested Sell hearing: 11/09/20 at 1 PM w/ NGW Contested Sell hearing: 11/10/20 at 830 AM w/ NGW Contested Sell Hearing: 11/13/20 @ 1 PM w/ NGW*<br>Result: Held<br>Created: 08/26/2020 9:09 AM |
| 11/09/2020 | **Hearing - Fitness to Proceed**  (1:00 PM) (Judicial Officer Waller, Nan G)<br>*** Do not Transport ** Contested Sell Hearing and 426.701 Hearing. Defendant to appear via WebEx.*<br>Result: Held<br>Created: 10/21/2020 9:52 AM |
| 11/09/2020 | **Motion - Involuntary Medication**<br>Created: 11/10/2020 7:16 AM |
| 11/10/2020 | **Hearing - Fitness to Proceed**  (8:30 AM) (Judicial Officer Waller, Nan G)<br>*** Do not Transport ** Contested Sell Hearing and 426.701 Hearing. Defendant to appear via WebEx.*<br>Result: Held<br>Created: 10/21/2020 12:26 PM |
| 11/10/2020 | **Report - Medical**<br>Created: 11/10/2020 9:01 AM |
| 11/19/2020 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.)<br>*For Status/Mental SWIS Booking Date: 05/18/19 Custody: OSH Hearing 11/23/20 at 9.30 AM w/NGW*<br>Result: Held<br>Created: 10/29/2020 9:38 AM |
| 11/23/2020 | **Hearing**  (9:30 AM) (Judicial Officer Waller, Nan G)<br>*Ruling on Sell Hearing*<br>   *11/13/2020  Reset by Court to 11/23/2020*<br>Result: Held<br>Created: 11/10/2020 1:21 PM |
| 11/23/2020 | **Order - Appear** (Judicial Officer: Waller, Nan G )<br>*s/o 12.7*<br>Signed:  11/23/2020<br>Created: 11/23/2020 11:23 AM |
| 12/03/2020 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.)<br>*For Status/Mental Arr: 05/20/19 Custody: OSH Hearing: 12/07/20 at 1:30PM w/ NGW*<br>Result: Held<br>Created: 11/19/2020 9:22 AM |
| 12/07/2020 | **Hearing**  (1:30 PM) (Judicial Officer Waller, Nan G)<br>*** Do not Transport ** Updates on recent examination*<br>Result: Held<br>Created: 11/23/2020 2:50 PM |
| 12/07/2020 | **Exhibit**<br>Created: 12/07/2020 2:56 PM |
| 12/09/2020 | **Report - Medical**<br>Created: 12/09/2020 8:34 AM |
| 12/10/2020 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.)<br>*For Status/Dates SWIS Booking Date: 05/18/19 Custody: OSH*<br>Result: Held<br>Created: 12/03/2020 9:39 AM |
| 12/14/2020 | **Order** (Judicial Officer: Waller, Nan G )<br>*authorizing the involuntary admin of meds*<br>Signed:  12/14/2020<br>Created: 12/14/2020 4:07 PM |
| 12/16/2020 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.)<br>*For Status/Dates SWIS Booking Date: 05/18/19 Custody: OSH*<br>Result: Held<br>Created: 12/10/2020 9:08 AM |
| 12/24/2020 | **Report - Psychological Evaluation - State Hospital**<br>Created: 12/24/2020 2:49 PM |
| 12/28/2020 | **Report - Psychological Evaluation - Non-OSH Evaluator**<br>*12.24.20*<br>Created: 12/28/2020 9:10 AM |
| 01/23/2021 | **Reported - OSP 181A.290**<br>Created: 01/23/2021 6:04 AM |
| 02/08/2021 | **Report - Medical**<br>Created: 02/08/2021 2:48 PM |
| 03/09/2021 | **Hearing - Fitness to Proceed**  (11:00 AM) (Judicial Officer Waller, Nan G)<br>*** Do not Transport ** Modification of Sell Order*<br>Result: Held<br>Created: 03/03/2021 8:07 AM |
| 03/17/2021 | **Hearing - Fitness to Proceed**  (11:00 AM) (Judicial Officer Waller, Nan G)<br>*** Do not Transport ** Address Sell Order Amendment Request.*<br>Result: Held<br>Created: 03/15/2021 1:48 PM |
| 03/29/2021 | **Order** (Judicial Officer: Waller, Nan G )<br>*amending authorization of involuntary administration of medication*<br>Signed:  03/26/2021<br>Created: 03/29/2021 9:27 AM |
| 05/18/2021 | **Order - Denial** (Judicial Officer: Waller, Nan G )<br>*def's motion*<br>Signed:  05/18/2021<br>Created: 05/18/2021 9:29 AM |

3/18/22, 9:28 AM                                    https://publicaccess.courts.oregon.gov/PublicAccessLogin/CaseDetail.aspx?CaseID=31698187

| | |
|---|---|
| 06/03/2021 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.) |
| | *For Status/Dates SWIS Booking Date: 05/18/19 Custody: OSH* |
| | 03/18/2021 Reset by Court to 06/03/2021 |
| | Result: Held |
| | Created: 12/16/2020 10:37 AM |
| 06/08/2021 | **Report - Psychological Evaluation - State Hospital** |
| | Created: 06/08/2021 8:59 AM |
| 07/30/2021 | **Judgment** (Judicial Officer: Walters, Martha L ) |
| | *\*Appellate Judgment\*\* Motion to waive filing fee is granted; petiton for writ of mandamus is denied.* |
| | Signed:  06/24/2021 |
| | Created: 07/30/2021 11:55 AM |
| 09/23/2021 | **Notice** |
| | *Petition for Writ of Certiorari to Oregon State Supreme Court* |
| | Created: 10/22/2021 9:55 AM |
| 12/16/2021 | **Call**  (9:15 AM) (Judicial Officer Bushong, Stephen K.) |
| | *For Status/Dates SWIS Booking Date: 05/18/19 Custody: OSH* |
| | 07/15/2021 Reset by Court to 12/16/2021 |
| | Result: Held |
| | Created: 06/03/2021 9:46 AM |
| 12/17/2021 | **Report - Psychological Evaluation - State Hospital** |
| | Created: 12/20/2021 7:24 AM |
| 06/23/2022 | **Call**  (9:15 AM) (Judicial Officer Matarazzo, Judith H) |
| | *For Status/Dates SWIS Booking Date: 05/18/19 Custody: OSH* |
| | 02/10/2022 Reset by Court to 06/23/2022 |
| | Created: 12/16/2021 10:43 AM |

IN THE SUPREME COURT OF THE STATE OF OREGON

STATE OF OREGON,
Plaintiff-Adverse Party,

v.

JEREMIAH KYLE BLABER,
Defendant-Relator.

Multnomah County Circuit Court
19CR32657

S068477

**APPELLATE JUDGMENT**

Upon consideration by the court.

The motion to waive the filing fee is granted. The petition for writ of mandamus is denied.

| June 24, 2021 | /s/ Martha L. Walters |
|---|---|
| DATE | Chief Justice, Supreme Court |

**DESIGNATION OF PREVAILING PARTY AND AWARD OF COSTS**

Prevailing party: Adverse Party.          [ X ] No costs allowed.

Appellate Judgment
Effective Date: July 21, 2021

jlr

THIS IS THE APPELLATE JUDGMENT OF
THE APPELLATE COURTS AND SHOULD
BE ENTERED PURSUANT TO ORS 19.450.

**APPELLATE JUDGMENT**

REPLIES SHOULD BE DIRECTED TO: State Court Administrator,
Records Section,
Supreme Court Building, 1163 State Street, Salem, OR 97301-2563
Page 1 of 1